# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY DANIELS MORAGA,
                    Appellant,
            vs.
C/O GARCIA; C/O MS. FRAZIER; AND S
C/O HIULEY,
                    Respondents.

No. 79732

**FILED**

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Yousey
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to strike respondents' answer and motion for an appointment of counsel. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from either an order denying a motion to strike an answer or from an order denying a motion for the appointment of counsel. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-42593

cc: Hon. Steve L. Dobrescu, District Judge
Roy Daniels Moraga
Attorney General/Carson City
White Pine County Clerk